

May 13, 2010



Honorable Michael James Davis
Chief Judge
United States District Court
United States Courthouse
300 South Fourth Street, Room 15E
Minneapolis, MN 55415

John K. Gammell, President
5115 Excelsior Blvd, Suite 112
St Louis Park, MN  55416
Tel:  (612) 205-8609
jkgammell@gmail.com



Re:     Case Number:   Cr. 4-92-127
        Termination of supervised release

Dear Judge Davis,

I am requesting early termination of my supervised release based on exceptional performance and extraordinary circumstances. My USPO, Karen Godin, has extended me her full support by recommendation that I submit this request.

I have attached my Judgment & Commitment Order for your reference.

I was released to VOA on Dec 19, 2005. After successful completion I was placed on supervised release in June 2006. My supervised release expires in mid 2011.

I would like to present a chronology of success:

- No violations of conditions of supervised release
- Professional certifications
- Owner/President of STC, LLC
- Consultant to Dakota County Technical College

I have maintained employment since January 2006. I have refrained from all criminal conduct, substance use and have a zero tolerance policy. I have obtained five certifications as a Certified IPC Trainer in electronics soldering technology. I own a Limited Liability Company registered in the state of Minnesota. I am a consultant and head instructor of the Soldering Technology Department at Dakota County Technical College in Rosemount, MN. I am also the founder of this department.

The college is not aware of my criminal background.

Ms. Godin will confirm the validity of this information.

I would like you to know why I feel my performance is exceptional and extraordinary. I am 48 years old. Most of my life has been incarcerated. I grew up with an extensive drug problem.

After 13.5 years as a guest in the BOP, I was released and defeated the recidivism statistics. I would like to supplement this with a request to you please, that you go on Google and view the media releases on me by entering "John Gammell soldering."

If you view this material, I believe that you will see accomplishments so extraordinary that you may not have previously seen anything quite like this in the past.

I have wondered if the public interest would continue to be supported by the allocated use of judicial resources for supervising an individual who has demonstrated by performance that he does not present a threat to society and that he is in fact an asset.

I am requesting early termination of supervised release please based on the aforementioned.

Thank you for your consideration.

Sincerely,

*[signature]*

John K. Gammell