Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

**RECEIVED**

JUN -2 2010

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

**John Kelsey Gammell**,

Defendant.

Docket No. 4:92CR00127-001

On <u>June 14, 2006,</u> the above defendant was placed on supervision for a period of 5 years supervised release. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 1st day of June, 2010.

Honorable James M. Rosenbaum
Senior U.S. District Judge

c: Karen L. Godin, Senior U.S. Probation Officer

SCANNED
JUN - 2 2010
U.S. DISTRICT COURT MPLS